FILED

04/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0018

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| SERAPHINA WILSON, a minor, by and through her guardian, JEFFREY FERGUSON,<br><br>Plaintiff & Appellee,<br><br>vs.<br><br>STATE OF MONTANA, by and through the Montana Department of Public Health and Human Services,<br><br>Defendant & Appellant, | Supreme Court Cause No. DA 22-0018<br><br><br><br>ORDER GRANTING APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF |

Pursuant to the authority granted under Rule 26(2), M.R.App.P., Appellant State of Montana (herein "State" or "Appellant") is granted its second extension of time, of forty-five days, through and including **June 2, 2022**, within which to file Appellant's Opening Brief.

ELECTRONICALLY SIGNED and DATED as indicated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 7 2022